UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7680-GW-SSCx | Date | January 5, 2024 |
|---|---|---|---|
| Title | *Lisa Tinetti v. United Airlines, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER**

    Plaintiff filed this lawsuit in the Superior Court of California, County of Los Angeles on August 2, 2023, against Defendants United Airlines, Inc. ("UAI"), United Airlines LAX Customer Service and Glenn Daniels, raising seven causes of action including disability discrimination, failure to engage in an interactive process or to make reasonable accommodation, wrongful termination, intentional infliction of emotional distress, and defamation. *See* Docket No. 1-2. Defendant UAI removed the matter to this Court on September 14, 2023, on the basis of diversity jurisdiction. Docket No. 1. Defendant Glenn Daniels has filed a motion to dismiss pursuant to Fed. R. Civ. P. 8, 12(b)(3) and 12(b)(6). Docket 15.

    The Court on its own motion vacates the January 11, 2024 hearing set for Defendant Daniels' motion to dismiss. Instead, the Court orders Defendants to show cause establishing this Court's subject matter jurisdiction over this action. The presence of Defendant Daniels would appear to destroy complete diversity unless Defendant can establish that Daniels is a sham defendant. Defendants shall file a brief regarding subject matter jurisdiction by January 19, 2024. Plaintiff shall have until January 26, 2024, to file a response. There will be no reply brief. The Court will hold a hearing as to subject matter jurisdiction on February 5, 2024 at 8:30 a.m.

:

Initials of Preparer   JG