JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TINETTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIRLINES, INC., et al., <br><br> Defendants. | Case No. CV 23-7680-GW-SSCx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: December 10, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE